BEATRICE BERNSTEIN, Appellant, v. CHARLES M. BERNSTEIN, Respondent.— The action is for the annulment of a marriage under section 7, subdivision 5, of the Domestic Relations Law. An order framing issues and directing that they be tried by a jury was made. The jury rendered a verdict that the defendant was not incurably insane. Order granting defendant's motion for a jury trial unanimously affirmed, without costs. Judgment in favor of the defendant reversed on the facts, without costs, and a new trial granted. In our opinion the verdict is against the weight of the evidence. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

THE BRESCIA COAL, FEED & LUMBER CORPORATION, Appellant, v. MARGARET SCHEUPLEIN and Others, Defendants; NEW YORK CO-OPERATIVE UNDERWRITERS, Respondent.— Action to compel the application of the proceeds of a policy of fire insurance to payment of plaintiff's mechanic's lien. Order dismissing the first cause of action set forth in the plaintiff's amended complaint upon the ground that it fails to set forth a cause of action against the respondent modified by striking out everything in the decretal paragraph following the words " New York Co-Operative Underwriters " and in place thereof inserting a provision that appellant may plead over, if so advised. As thus modified, the order is unanimously affirmed, without costs. Appellant's complaint to be served within ten days from the entry of the order hereon. The judgment appealed from is vacated. No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

BROOKLYN BAR ASSOCIATION, Respondent, v. KINGS COUNTY BAR ASSOCIATION, Appellant.— The majority of the members of the court, being members of the plaintiff association, by reason of their membership in the association, have disqualified themselves from participation in the appeal. Pursuant to the provisions of section 618 of the Civil Practice Act the appeal is transferred to the Appellate Division, First Department, for hearing and determination. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

SUE BYRON, Appellant, v. ST. GEORGE SWIMMING CLUB, INC., and SALVATORE CARRERA, Respondents. — The plaintiff was a patron of the swimming pool of defendant St. George Swimming Club, Inc. Upon executing a so-called " swan dive " from the high diving board she struck another patron of the pool, defendant Carrera, who was under the surface of the water, and was thereby injured. The appeal is by plaintiff from the judgment dismissing the complaint at the close of the plaintiff's case. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.